| Def.No. | Platform | Defendant Seller | Store URL |
|---|---|---|---|
| 1 | Amazon | Ulimart | https://www.amazon.com/Ulimart-Organizer-Rotation-Camisoles-Top%EF%BC%88Silvery%EF%BC%89/dp/B0C13BBJKV/ref=sr_1_4_sspa?keywords=belt%2Bhanger&qid=1702887543&sr=8-4-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGY&th=1 |
| 2 | Amazon | HOMEBROS Official | https://www.amazon.com/HOMEBROS-Rotatable-Organizer-Maximum-Capacity/dp/B0CH84SK2C/ref=sr_1_10?keywords=belt%2Bhanger&qid=1702887663&sr=8-10&th=1 |
| 3 | Amazon | Znben Offocial | https://www.amazon.com/Belt-Hanger-Tie-Organizer-Closet/dp/B0C5RCCZST/ref=sr_1_104?keywords=belt%2Bhanger&qid=1702887883&sr=8-104&th=1 |
| 4 | Alibaba | Meizhou Besten Industrial Co., Ltd. | https://www.alibaba.com/product-detail/New-Design-Stainless-Steel-8-Hooks_1600867309549.html?spm=a2700.galleryofferlist.normal_offer.d_image.1dca769aMOvjmF |
| 5 | Alibaba | Hainan Guokong Industrial Co., Ltd. | https://www.alibaba.com/product-detail/8-Claws-Belt-Tie-Metal-Organizer_1600929825461.html?spm=a2700.galleryofferlist.normal_offer.d_image.654e746aSsBwKc |
| 6 | Alibaba | Zhejiang Huaershun Industry And Trading Co., Ltd. | https://www.alibaba.com/product-detail/subject_1600900415069.html?from=share&ckvia=share_EB6BF2B91E6F4FC68E17A3D9F771F81F |
| 7 | TEMU | Luling Culture | Belt Hanger Belt Rack Closet Accessories Organizer Maximum - Temu |
| 8 | Amazon | UINICOR | https://www.amazon.com/Uinicor-Belt-Hanger-Organizers-Organization/dp/B0C9MFYP7D/ref=sr_1_59_sspa?keywords=belt%2Bhanger&qid=1702885414&sr=8-59-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&th=1 |

| 9 | Amazon | Easystorage | https://www.amazon.com/Hanger-Closet-Monalife-360%C2%B0Rotating-Organizer/dp/B0C3XN8M2K/ref=sr_1_82?keywords=belt%2Bhanger&qid=1702885414&sr=8-82&th=1 |
|---|---|---|---|
| 10 | Amazon | Castta | https://www.amazon.com/Portable-Organizer-Rotating-Storage-8-Claws/dp/B0C4H5FRDC/ref=sr_1_154_sspa?keywords=belt%2Bhanger&qid=1702886955&sr=8-154-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&th=1 |
| 11 | Amazon | Bgdkea | https://www.amazon.com/Belt-Hanger-Rotatable-Accessories-Organizer/dp/B0C3YYMSDW/ref=sr_1_242_sspa?keywords=belt%2Bhanger&qid=1702887209&sr=8-242-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGZfbmV4dA&th=1 |
| 12 | Alibaba | Guilin Junju Hardwares Co., Ltd. | https://www.alibaba.com/product-detail/Multifunctional-Hook-360-Degree-Rotation-Electroplated_1600808609348.html?spm=a2700.galleryofferlist.normal_offer.d_image.4558746a3ipFHE |
| 13 | Amazon | OMHOMETY | https://www.amazon.com/OMHOMETY-Rotatable-Organizer-Accessories-Hanging/dp/B0BZZQF8SV/ref=sr_1_8?keywords=belt%2Bhanger&qid=1702884216&sr=8-8&th=1 |
| 14 | Amazon | NEW HIGHLAND | https://www.amazon.com/TOPIA-HANGER-360%C2%B0Swivel-Organizer-Organizers/dp/B0BX8TF99W/ref=sxin_12_pa_sp_search_thematic_sspa?content-id=amzn1.sym.d17ca69f-1a39-4f7d-a62f-e5dff4cfd6d8%3Aamzn1.sym.d17ca69f-1a39-4f7d-a62f-e5dff4cfd6d8&cv_ct_cx=belt%2Bhanger&keywords=belt%2Bhanger&pd_rd_i=B0BX8TF99W&pd_rd_r=eb0e7df9-d301-4a21-861d-d482a482815e&pd_rd_w=oLm7w&pd_rd_wg=DAitY&pf_rd_p=d17ca69f-1a39-4f7d-a62f-e5dff4cfd6d8&pf_rd_r=365EA6DEV35XA2KR4MVJ&qid=1702884216&sbo=RZvfv%2F%2FHxDF%2BO5021pAnSA%3D%3D&sr=1-3-364cf978-ce2a-480a-9bb0-bdb96faa0f61-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9zZWFyY2hfdGhlbWF0aWM&th=1 |
| 15 | Amazon | PODATOI | https://www.amazon.com/PODATOL-Organizer-Rotating-Organizers-Camisoles/dp/B0BZYWF79Z/ref=sr_1_24?keywords=belt%2Bhanger&qid=1702884216&sr=8-24&th=1 |
| 16 | Amazon | SIJIANKE | https://www.amazon.com/SJIANKE-Accessories-Organizer-Rotation-Storage/dp/B0CHN1CR4C/ref=sr_1_72?keywords=belt+hanger&qid=1702885414&sr=8-72 |

| 17 | Amazon | Lunies | https://www.amazon.com/Hanger-Organizer-Closet-Hanging-Scarf%EF%BC%88Silvery%EF%BC%89/dp/B0BZW1FBQ6/ref=sr_1_75?keywords=belt%2Bhanger&qid=1702885414&sr=8-75&th=1 |
|---|---|---|---|
| 18 | Amazon | SCUNDA HOME | https://www.amazon.com/SCUNDA-Organizer-Rotation-Accessories-Hanging/dp/B0CCY7DJRH/ref=sr_1_83?keywords=belt%2Bhanger&qid=1702885414&sr=8-83&th=1 |
| 19 | Amazon | Ameolela | https://www.amazon.com/Connector-Rotatable-Organizer-Accessories-Hanging/dp/B0CN9PMD2V/ref=sr_1_256?keywords=belt+hanger&qid=1702887351&sr=8-256 |
| 20 | Amazon | Vitong | https://www.amazon.com/dp/B0CKPYMT3Z/ref=mweb_up_am_fl_st_na_un_up_sm_vs_lns |
| 21 | Amazon | Kongran | https://www.amazon.com/dp/B0CNYYPD9H/ref=mweb_up_am_fl_st_na_un_up_sm_vs_lns?th=1 |
| 22 | Amazon | Richard Wen | https://www.amazon.com/dp/B0CKMKHSPV/ref=mweb_up_am_fl_st_na_un_up_sm_vs_lns |
| 23 | Amazon | Tracy Zhong | https://www.amazon.com/dp/B0CK3FLLN5/ref=mweb_up_am_fl_st_na_un_up_sm_vs_lns |
| 24 | Amazon | Limicounts | Amazon.com: ABOOFAN Tie Belt Rack Closet Rod Hooks Scarf Tie Hangers Space Saving Belt Rack Belt Hook Hanging Belt Holders Handbag Rotating Hangers Key Holder Hook Iron Wardrobe Shoe Rack to Rotate : Home & Kitchen |
| 25 | Amazon | Babbage bad | Amazon.com: IMIKEYA Tie Belt Rack Satchel Hanger Hats Hook Rotating Clothes Hook Purse Holder for Closet Metal Belt Hanger Garment Rack Coat Hooks Bag Hanging Rack to Rotate Organizer Socks Rack Iron : Home & Kitchen |

| 26 | Amazon | Somirow | Amazon.com: Cabilock Tie Belt Rack Necktie Organizer Storage Hook for Belt Closet Rod Hooks Tie Hanger Garment Rack Rotary Hanger Purse Holder for Closet Bra Hanger Vest Iron Accessories Sock to Rotate : Home & Kitchen |
|---|---|---|---|
| 27 | Amazon | sinuoxiang | https://www.amazon.com/dp/B0CPFVF9TD?ref_=cm_sw_r_apin_dp_MJ233FQFC3R1E63RK8MJ&language=en-US |
| 28 | Amazon | Thomas Zack Yang | Amazon.com: Cabilock Tie Belt Rack Scarf Tie Hangers Scarf Hook Necktie Organizer 8 Hook Belt Organizer Rotatable Belt Racks Closet Belt Organizer Rotating Clothes Hook to Rotate Key Chain Iron Bag : Home & Kitchen |
| 29 | Amazon | Ingrid GL | Amazon.com: Hohopeti Tie Belt Rack Rotary Hanger Tie Hanger Handbag Rotating Hangers Garment Rack Belt Hook Necktie Organizer Metal Belt Hanger Rotatable Belt Racks Ordinary Iron to Rotate Socks Rack : Home & Kitchen |
| 30 | Amazon | Zecchetin | Amazon.com: PRETYZOOM Tie Belt Rack Rotatable Belt Racks Garment Rack Storage Hook for Belt Key Holder Hook Belt Hook Hats Hook Closet Belt Organizer Rotary Hanger Iron Clothing Wallet Holder to Rotate : Home & Kitchen |
| 31 | Alibaba | Lindon Co., Ltd. | https://www.alibaba.com/product-detail/LINDON-2023-New-Design-Stainless-Steel_1600782492362.html?spm=a2700.galleryofferlist.topad_classic.d_image.41a5769aULKHCw |
| 32 | Alibaba | Guangxi Guilin Glory Hanger Co., Ltd. | https://www.alibaba.com/product-detail/Belt-Hanger-with-8-Claws-Rotatable_1600929139461.html?spm=a2700.galleryofferlist.normal_offer.d_image.6d46769azsOFag |
| 33 | Alibaba | Yiwu Ruilang Imp&Exp Co., Ltd. | https://www.alibaba.com/product-detail/Household-Wardrobe-Rotatable-8-Hook-Metal_1600938605382.html?spm=a2700.galleryofferlist.normal_offer.d_image.6d46769azsOFag |
| 34 | Alibaba | Owentek Co., Ltd. | https://www.alibaba.com/product-detail/OWENTEK-8-Hooks-Metal-Belt-Tie_1600979886892.html?spm=a2700.galleryofferlist.normal_offer.d_image.6f6d769an2YN3J |

| 35 | Alibaba | Guangxi Glory Household Co., Ltd. | https://www.alibaba.com/product-detail/Multifunctional-Metal-belt-organizer-8-Claws_1600930470413.html?spm=a2700.galleryofferlist.normal_offer.d_image.12c12f20AbYwyp |
|---|---|---|---|
| 36 | Alibaba | Meizhou Besten Industrial Co., Ltd. | https://www.alibaba.com/product-detail/New-Design-Stainless-Steel-8-Hooks_1600867309549.html?spm=a2700.galleryofferlist.normal_offer.d_image.1dca769aMOvjmF |
| 37 | Alibaba | Ningbo Mixwares Imp. & Exp Co., Ltd. | https://www.alibaba.com/product-detail/Multifunctional-Hook-360-Degree-Rotation-Electroplated_1600923956778.html?spm=a2700.picsearch.normal_offer.d_image.45e45f93kB9xZa |
| 38 | Alibaba | Hunan Province Xu Jie Household Products Co., Ltd. | https://www.alibaba.com/product-detail/subject_1600969660880.html?from=share&ckvia=share_63F000580A9A4D38A2E46BDB8AC05F49 |
| 39 | Walmart | Romansa | https://www.walmart.com/seller/101451127?itemId=5085003544&pageName=item&returnUrl=%2Fip%2F360-Swivel-Belt-Hanger-Closet-Storage-Hook-and-Closet-Organizer-Swivel-Hanger%2F5085003544%3Ffrom%3D%2Fsearch |
| 40 | TEMU | NeslGencLB | https://www.temu.com/1pc-stainless-steel-rotatable-rack-hook-hanging-belt-hanger-8-claw-belt-rack-closet-hanger-accessories-multipurpose-hanging-storage-holder-hook-space-saving-g-601099523363224.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2Fafafcc22618c4230c4fd15a6f65d88d7.jpg&spec_gallery_id=2021834996&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njc2&search_key=Belt%20Hanger&refer_page_el_sn=200049&_x_sessn_id=0a4u2zlew0&refer_page_name=search_result&refer_page_id=10009_1701416926014_5d4idy6xjl&is_back=1 |
| 41 | TEMU | HomeMe | https://www.temu.com/1pc-belt-hanger-with-8-hooks-tie-metal-rack-for-ties-scarves-belts-camisoles-bags-household-accessory-storage-organizer-for-bathroom-bedroom-closet-wardrobe-home-dorm-g-601099527813693.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Fopen%2F2023-09-27%2F1695795237696-53f096cdd37148ec9feff07c94d6fc3f-goods.jpeg&spec_gallery_id=2037159466&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=Njc4&search_key=Belt%20Hanger&refer_page_el_sn=200049&_x_sessn_id=0a4u2zlew0&refer_page_name=search_result&refer_page_id=10009_1701415114857_6jwwswpaj7&is_back=1 |

| 42 | TEMU | Yunqu | https://www.temu.com/1pc-stainless-steel-rotatable-rack-hook-hanging-belt-hanger-8-claw-belt-rack-closet-hanger-accessories-multipurpose-hanging-storage-holder-hook-space-saving-retail-display-hook-rack-g-601099531814372.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2FFancyalgo%2FVirtualModelMatting%2F3b217a1130d7317251d3bc7a2098e167.jpg&spec_gallery_id=2046122394&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NTk4&search_key=multi-claw%20rotating%20hanger&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1706582743502_0duu5s3w1k&_x_sessn_id=j5vf8yscfi&is_back=1&no_cache_id=7hrd3 |
| --- | --- | --- | --- |
| 43 | TEMU | BINGBOHOHOOM | Large Capacity Belt Storage Hanger Rotatable Belt Hanger For - Temu |
| 44 | Alibaba | GUILIN IANGO CO., LTD | https://www.alibaba.com/product-detail/Space-Saver-Belt-Hanger-Stainless-Steel_1600733946088.html?spm=a2700.picsearch.normal_offer.d_image.31f25f938ePLbn |
| 45 | Alibaba | Meizhou Besten Industrial Co., Ltd. | https://www.alibaba.com/product-detail/Multi-Functional-Creative-Rotating-Coat-Hook_1600868192106.html?spm=a2700.picsearch.normal_offer.d_image.31f25f938ePLbn |
| 46 | Alibaba | Hangzhou Qiangshuo Trading Co., Ltd. | https://www.alibaba.com/product-detail/Metal-hook-free-installation-Multi-function_1600939164467.html?spm=a2700.picsearch.normal_offer.d_image.31f25f938ePLbn |
| 47 | Amazon | POP BABY | https://www.amazon.com/HAKDAY-Rotatable-Organizer-Hanging-Storage/dp/B0CNT6J4LS/ref=sr_1_21?crid=ZR80AH43DLG2&dib=eyJ2IjoiMSJ9.4Vmiuu8nEM_0VZqpm9MP2V9Bw-X-qWg9NFyezu8_zvZE2jaumGUP4wU4BnWuIAk-sxoQK5yKsBd4pTTuWb8m0BBEZy9ggJNMe4kbfYAb3x2fZdvFEkQI8ErkqzYIxerNmtsdeK-iSWS6Ko9AQLQUrbMaL0vShh8btFoL4jpGzAyxsNmxIDIm-hzv3mlsje3D03XrYQIEo4SO08p9GyLsfGVnh4YNnlZDYq52L9OQzXYIAihdak-9X3oaHgyEULDRZicrLvJLO7HXoH82v0asCboojSTaBuYkpPvAXaUqAhI.tkXX-BZ8At0SGYaVgvntNFrbsYRoVkJzcUe0EWssIOE&dib_tag=se&keywords=tank+top+hanger&qid=1709137215&sprefix=tank+top+hang%2Caps%2C681&sr=8-21-spons&sp_csd=d2lkZ2V0TmFtZT1zcF9tdGY&psc=1 |