Case: 1:24-cv-01641 Document #: 1-2 Filed: 03/05/24 Page 1 of 8 PageID #:13



US00D983536S

(12) **United States Design Patent** (10) Patent No.: **US D983,536 S**

Zheng (45) Date of Patent: ** **Apr. 18, 2023**

(54) **BELT HANGER**

(71) Applicant: **Fengjiao Zheng**, Hong Kong (CN)

(72) Inventor: **Fengjiao Zheng**, Hong Kong (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/858,543**

(22) Filed: **Nov. 1, 2022**

(51) **LOC (14) Cl.** ............................................... **06-08**
(52) **U.S. Cl.**
USPC ............................................ **D6/317**; D6/315
(58) **Field of Classification Search**
USPC ............ D6/315–328, 512, 513; D8/367, 372
CPC ........ A47G 25/06; A47G 25/74; A47G 25/50;
A47G 25/24; A47G 25/0607
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D196,469 S | * | 10/1963 | Kennedy | D6/315 |
| 3,346,150 A | * | 10/1967 | Clopton | A47G 25/24 |
| | | | | 223/95 |
| 5,480,075 A | * | 1/1996 | Robinson | A47G 25/16 |
| | | | | 211/115 |
| D368,167 S | * | 3/1996 | Zeri | D6/317 |
| D369,909 S | * | 5/1996 | Sacks | D6/322 |
| 5,664,708 A | * | 9/1997 | Sacks | A47G 25/743 |
| | | | | 223/85 |
| D404,577 S | * | 1/1999 | Schildkraut | D6/315 |
| D404,578 S | | 1/1999 | Prince | |
| D806,400 S | | 1/2018 | Taylor | |

* cited by examiner

*Primary Examiner* — Lauren R Calve

(57) **CLAIM**

The ornamental design for a belt hanger, as shown and described.

**DESCRIPTION**

FIG. **1** is a top and right side perspective view of a belt hanger, showing my new design;
FIG. **2** is a right side elevational view thereof;
FIG. **3** is a left side elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a back elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.

**1 Claim, 7 Drawing Sheets**



Case: 1:24-cv-01641 Document #: 1-2 Filed: 03/05/24 Page 2 of 8 PageID #:14



FIG. 1

Case: 1:24-cv-01841 Document #: 1-2 Filed: 03/05/24 Page 3 of 8 PageID #:15



FIG. 2



FIG. 3

Case: 1:24-cv-01841 Document #: 1-2 Filed: 03/05/24 Page 5 of 8 PageID #:17



FIG. 4

Case: 1:24-cv-01841 Document #: 1-2 Filed: 03/05/24 Page 6 of 8 PageID #:18



FIG. 5



FIG. 6

Case: 1:24-cv-01641 Document #: 1-2 Filed: 03/05/24 Page 8 of 8 PageID #:20



FIG. 7